USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, and :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :  1:21-cv-02985-GHW
EDUCATIONAL AND INDUSTRY FUND, :
TRUSTEES OF THE NEW YORK CITY : ORDER
CARPENTERS RELIEF AND CHARITY FUND, THE :
CARPENTER CONTRACTOR ALLIANCE OF :
METROPOLITAN NEW YORK, and the :
NEW YORK CITY DISTRICT COUNCIL :
OF CARPENTERS, :
 :
                      Petitioners, :
 :
       -against- :
 :
Q.C. CONTRACTING CORP., :
 :
                      Respondent. :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    On April 7, 2021, Petitioners filed a petition to confirm an arbitration award and supporting materials. The Court appreciates that Petitioners have filed a petition attaching certain exhibits, but notes that proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, Petitioners must file and serve all documents that are required to accompany a motion for summary judgment, including a memorandum of law, a statement pursuant to Local Civil Rule 56.1, and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, by no later than April 16, 2021. Respondent's opposition is due no later than June 11, 2021. Petitioners' reply, if any, is due no later than two weeks from the date of service of the opposition.

Petitioner is directed to serve a copy of this order upon Respondent and to file an affidavit of such service with the Court no later than April 16, 2021.

SO ORDERED.

Dated: April 9, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2