USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT       :
COUNCIL OF CARPENTERS PENSION FUND,          :
WELFARE FUND, ANNUITY FUND, and              :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :        1:21-cv-02985-GHW
EDUCATIONAL AND INDUSTRY FUND,               :
TRUSTEES OF THE NEW YORK CITY                :        ORDER
CARPENTERS RELIEF AND CHARITY FUND, THE:
CARPENTER CONTRACTOR ALLIANCE OF             :
METROPOLITAN NEW YORK, and the               :
NEW YORK CITY DISTRICT COUNCIL               :
OF CARPENTERS,                               :
                                             :
      Petitioners,   :
                                             :
  -against-                        :
                                             :
Q.C. CONTRACTING CORP.,                      :
                                             :
      Respondent.    :
-----------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

  As stated on the record during the July 22, 2021 conference, Petitioners are directed to submit a status letter or stipulation by no later than August 5, 2021.

  Petitioners are directed to serve a copy of this order upon Respondent via certified mail.

  SO ORDERED.

Dated: July 22, 2021
New York, New York

           _____
             GREGORY H. WOODS
             United States District Judge